**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**



JUL 2 8 2011

WILLIAM B. GUTHRIE
Clerk U.S. District Court
By_____
Deputy Clerk

SHAYNATHIAN R. HICKS,

    Petitioner,

v.

    Case No. CIV-08-174-RAW

JAMES RUDEK, Warden,

    Respondent.

## ORDER

On June 29, 2011, the United States Magistrate Judge filed a Report and Recommendation, recommending that this action (commenced by the Petitioner Hicks' filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254) be in all respects dismissed. Petitioner Hicks has not filed an objection to the Magistrate Judge's Report and Recommendation.

After a *de novo* review, and construing Petitioner Hicks' *pro se* petition liberally, the court finds that the Magistrate Judge's Report and Recommendation is well-supported by the evidence and the prevailing legal authority. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. Petitioner Hicks' petition pursuant to 28 U.S.C. § 2254 is hereby DISMISSED.

IT IS SO ORDERED this 28ᵗʰ day of July, 2011.

                                         **HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**